

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2018

No. 04-18-00837-CV

Debra **BARRIENTOS**,
Appellant

v.

**HEB GROCERY COMPANY, L.P.**, U.S Security Associates, Inc., Universal Protection
Service, L.P. D/B/A/ Universal Protection Service; and G.T. Sirizzotti, LTD,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-08748
Honorable David A. Canales, Judge Presiding

**ORDER**

This appeal is DISMISSED. We order that appellees recover all costs they incurred related
to this appeal.

It is so **ORDERED** on December 19, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 19th day of December, 2018.

_____
Keith E. Hottle, Clerk of Court